**THE SHUMAN LAW FIRM**
Kip B. Shuman
1 Montgomery Street, #1800
San Francisco, CA 94104
(866) 569-4531

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NAPA, N.A., MALCOLM A. MACKENZIE, DICK ANDERSON, STEVE BARLOW, GREG BENNETT, JEFF GERLOMES, KATHLEEN LUCIER, STEPHEN ORNDORF, KELLY SOLOMON, ANTHONY TORRES, BANK OF MARIN BANCORP, and BANK OF MARIN,<br><br>Defendants. | Case No. 3:17-cv-05773-RS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  October 20, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**THE SHUMAN LAW FIRM**

By:  *s/ Kip B. Shuman*
Kip B. Shuman
1 Montgomery Street, #1800
San Francisco, CA 94104
(866) 569-4531

*Attorneys for Plaintiff*

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1  **RM LAW, P.C.**
   1055 Westlakes Drive, Suite 300
2  Berwyn, PA 19312
   (484) 324-6800
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL